Form NFH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Frank Dutro, Jr. | Case No.: 14–54572 MEH 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION**

PLEASE TAKE NOTICE THAT Mohamed Poonja, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| **DATE:** October 20, 2016 | **TIME:** 10:30 AM |
|---|---|
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 ||

Dated: 9/23/16

For the Court:

Edward J. Emmons
Clerk of Court United States Bankruptcy Court